IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON DOYLE, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LIBERTY MUTUAL INSURANCE, | : | No. 19-3460 |
| Defendant. | : | |

# ORDER

**AND NOW**, this **4th** day of **October 2019**, upon consideration of Defendant's Motion to Dismiss Count II (Bad Faith) of Plaintiffs' Complaint (Document No. 6) and Plaintiffs' Response thereto (Document No. 7), it is **ORDERED** that:

1. Defendant's motion is **GRANTED**.

2. Count II of the Complaint is **DISMISSED** without prejudice.

3. Plaintiffs may file an amended complaint to add a bad faith claim—but only if they can **plausibly** do so—by **October 11, 2019**.

                                        BY THE COURT:

                                        **Berle M. Schiller, J.**